UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MIGUEL NAVARRO-SANCHEZ,<br><br>        Defendant. | Case No. 3:16-cr-00013-HDM-WGC<br><br>ORDER |

The stipulation of the parties to continue deadline (ECF No. 133) is GRANTED. Counsel for the defendant shall file a supplement to the defendant's *pro se* motion for compassionate release on or before November 30, 2020. The government shall file a response to the motion and supplement on or before December 14, 2020.

IT IS SO ORDERED.

DATED: This 13th day of November, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE