UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00013-HDM-WGC |
| Plaintiff, | |
| v. | ORDER |
| MIGUEL NAVARRO-SANCHEZ, | |
| Defendant. | |

The stipulation of the parties to continue deadline (ECF No. 135) is GRANTED. Counsel for the defendant shall file a supplement to the defendant's *pro se* motion for compassionate release on or before December 9, 2020. The government shall file a response to the motion and supplement on or before December 23, 2020.

IT IS SO ORDERED.

DATED: This 25th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE