UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MIGUEL NAVARRO-SANCHEZ,<br><br>                    Defendant. | Case No. 3:16-cr-00013-HDM-WGC<br><br><br>            ORDER |

    The stipulation of the parties to continue deadline (ECF No. 140) is GRANTED. The defendant shall have until January 8, 2021, to file a reply to the government's response to the defendant's motion for compassionate release.

    IT IS SO ORDERED.

    DATED: This 28th day of December, 2020.


                        _____
                        UNITED STATES DISTRICT JUDGE

1